UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-05457-SPG-SSC | Date | November 14, 2025 |
|---|---|---|---|
| Title | Exceptional Capital Inc. et al v. 3i Group plc et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:    (IN CHAMBERS) STIPULATION DISMISSING CASE WITH PREJUDICE [ECF NO. 20]**

Plaintiff filed a Stipulation to Dismiss the Case with Prejudice, (ECF No. 20), which is effective to close the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The case is therefore closed. (JS-6). Accordingly, the Court strikes the proposed order (ECF No. 20-1) as moot, and all pending dates are vacated and taken off calendar. The Court will retain jurisdiction for a period of one year from the date of this order to enforce the terms of the parties' settlement agreement.

: _____

Initials of Preparer    pg